MICHAEL REDDIG, Atty. # 011678
P. O. Box 22143
FLAGSTAFF, ARIZONA 86002
(928) 774-9544
Fax (928) 774-2043

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 13 |
| RUSSELL HOLDER (deceased) | ) | CASE NO. 0:18-bk-15200 PS |
| and SONDRA MIX, | ) | NOTICE OF RESUBMITTING |
| | ) | STIPULATED ORDER CONFIRMING |
| | ) | PLAN |
| Debtor(s) | ) | |

Counsel for Debtors notifies all parties that a corrected Stipulated Order Confirming Amended Plan has been resubmitted to the Trustee.

Dated July 17, 2019.


___/s/ Michael Reddig /s/____
Michael Reddig
Attorney for Debtors




Copy mailed this 17th of July, 2019, to:

Russell Brown, Trustee

Debtor

by_____msr___